


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 18, 2022**

*[signature]*
**United States Bankruptcy Judge**

_____


BTXN 060 (rev. 10/19)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:   §
Angelica Benet Williams   §   Case No.:  22−40514−mxm7
§   Chapter No.:  7
Debtor(s)   §

### ORDER DISMISSING CASE

**The Debtor(s), having been given notice that this case would be dismissed upon the failure to timely file:**

☐ Pay the required filing fee in installments as directed in the Order regarding the Application to Pay Filing Fee in Installments, or Order denying/revoking the Application for Waiver of the Chapter 7 Filing Fee.

☐ List of creditors required to be filed with the petition by N.D.TX L.B.R. 1007−1(a) **within 48 hours** from the issuance of the Notice of Deficiency

☐ Schedules pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec) **within 14 days** of the date of the filing of the petition.

☐ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202) **within 14 days** of the date of the filing of the petition.

☐ Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

page 2

- ☐ Plan/Plan Summary pursuant to Fed. R. Bankr. P. 3015 **within 14 days** of the filing of the Petition
- ☐ List of twenty largest unsecured creditors **within 48 hours** of the date of the filing of the Petition
- ☐ Social Security/Tax ID number **within 48 hours** from the issuance of the Notice of Deficiency
- ☐ Form 121 **within 48 hours** of the date of the Petition
- ☐ Summary of Assets and Liabilities (Official Form 106Sum/206Sum) **within 14 days** of the date of the filing of the Petition
- ☐ A complete original petition was not filed **within 3 days** from the issuance of the Notice of Deficiency
- ☐ Certificate of completion from an approved credit counseling course completed **within 180 days** of the date of the filing of the Petition
- ☐ Copies of employee income records **within 14 days** of the date of the filing of the Petition
- ☐ Statement of Current Monthly Income **within 14 days** of the date of the filing of the Petition
- ☐ Chapter 15 Service List **within 14 days** of the date of the filing of the Petition
- ☐ Cash Flow Statement **within 7 days** of the date of the filing of the Petition
- ☐ Balance Sheet **within 7 days** of the date of the filing of the Petition
- ☐ Statement of Operations **within 7 days** of the date of the filing of the Petition
- ☐ All required documents pursuant to 11 U.S.C. § 521 **within 45 days** of the filing of the Petition
- ☑ Other: Certificate of completion from an approved credit counseling course completed by April 9, 2022 per order

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this Order shall not be deemed a bar to refiling under 11 U.S.C. §109(g).

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 22-40514-mxm
Angelica Benet Williams     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4     User: admin     Page 1 of 3
Date Rcvd: Apr 18, 2022     Form ID: pdf022     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelica Benet Williams, 12650 N. Beach St., Suite 114-991, Keller, TX 76244-4243 |
| 19625865 | #+ | Atmos energy, 100 W Morningside Dr, Fort Worth, TX 76110-2795 |
| 19625849 | + | Carmax, 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238-1124 |
| 19625866 | | City of Fort Worth water, P.O. Box 961003, Fort Worth, TX 76161-0003 |
| 19625872 | + | Cleo ai inc, 594 BROADWAY, SUITE 701, New York City 10012-3257 |
| 19625876 | + | Dave, 1265 S Cochran Ave,, Los Angeles, CA 90019-2846 |
| 19625877 | | Dept of Education/ Fed loan servicing, P.O. Box 790234,, St. Louis, MO 63179-0234 |
| 19625858 | + | Fig tech inc/Fig loans, 335 MADISON AVENUE 16THFLOOR, NEW YORK NY 10017-4675 |
| 19625875 | + | Four INC, 16855 NE 2nd Ave, Miami, Florida 33162-1744 |
| 19625878 | | Iwg debt collections, Dammstrasse 19 Zug,, CH-6300 Switzerland |
| 19625856 | + | LOQBOX FINANCE US LLC, 36 Maplewood, Portsmouth, New Hampshire 03801-3712 |
| 19625855 | + | Lobel Finance, 2080 N Hwy 360, Grand Prairie, TX 75050-1451 |
| 19625854 | + | MCMC Auto, 1919 E Lancaster Ave, Fort Worth, TX 76103-2114 |
| 19625852 | + | NTPM, 3415 Custer Rd #122, Plano, TX 75023-7555 |
| 19625869 | + | Nationwide capital servicing, 284C E. Lake Mead Parkway, Henderson, NV 89015-6433 |
| 19625879 | + | Regus, 9800 Hillwood Pkwy Suite 140,, Fort Worth, TX 76177-1532 |
| 19625867 | + | Rent recovery solutions, 1945 The Exchange SE,, Atlanta, GA 30339-2057 |
| 19625882 | + | Southwest recovery systems, 2626 Cole Ave Suite 364, Dallas, TX 75204-1094 |
| 19625862 | + | Sunrise bank/ self-lender, 109 E Church Street, Suite 100, Orlando, FL 32801-3326 |
| 19625883 | + | Sunrise la, 5545 Cameron St, Scott, LA 70583-5201 |
| 19625851 | + | University of north Texas at Denton, 1155 Union Cir, Denton, TX 76203-5017 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19625874 | | Email/Text: bankruptcynotices@afterpay.com | Apr 18 2022 21:11:00 | Afterpay, 222 Kearny St #600, San Francisco CA 94016 |
| 19625887 | + | Email/Text: bankruptcynotices@aarons.com | Apr 18 2022 21:12:00 | Aarons rental, 6246 Rufe Snow Dr Ste B,, North Richland Hills, TX 76148-3365 |
| 19625873 | | Email/Text: bankruptcy@acimacredit.com | Apr 18 2022 21:12:00 | Acima, PO Box 1667, Draper, UT 84020-1667 |
| 19625871 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2022 21:17:56 | Capital one, PO Box 71083, Charlotte, NC 28272-1083 |
| 19625884 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 18 2022 21:12:00 | Fingerhut/webank, 6250 Ridgewood Rd., St. Cloud, MN 56303-0820 |
| 19625870 | | Email/Text: help@trygrain.com | Apr 18 2022 21:11:00 | Grain technology, 505 14th Street, Suite 900, Oakland, CA 94612 |
| 19625868 | | Email/Text: Bankruptcy@ICSystem.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 18 2022 21:12:00 | IC systems, Headquarters 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 19625881 | + | Email/Text: bankruptcy@kikoff.com | Apr 18 2022 21:11:00 | Kikoff lending, 75 BROADWAY, SUITE 226, SAN FRANCISCO 94111-1458 |
| 19625853 | + | Email/Text: bankruptcy@ntta.org | Apr 18 2022 21:12:00 | NTTA, P.O. Box 660244, Dallas, TX 75266-0244 |
| 19625859 | + | Email/Text: NCU.Special.Services@myncu.com | Apr 18 2022 21:12:00 | Neighborhood credit union, 13651 Montfort Drive, Dallas, TX 75240-2554 |
| 19625860 | | Email/Text: bankruptcy@possiblefinance.com | Apr 18 2022 21:11:00 | Possible finance, 2231 1st Avenue #B,, Seattle WA, 98121 |
| 19625888 | + | Email/Text: bankruptcy@rentacenter.com | Apr 18 2022 21:12:00 | Rent a center, Attn: Customer Service, 5501 Headquarters Dr., Plano, TX 75024-5845 |
| 19625886 | | Email/Text: bankruptcy@snapfinance.com | Apr 18 2022 21:11:00 | Snap finance, PO Box 26561, Salt Lake City, UT 84126 |
| 19625850 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 18 2022 21:17:52 | Sprint, PO Box 4191, Carol Stream, IL 60197-419 |
| 19625880 | + | Email/Text: bankruptcy@speedyinc.com | Apr 18 2022 21:11:00 | Speedycash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 19625864 | | Email/Text: txulec09@vistraenergy.com | Apr 18 2022 21:12:00 | txu energy, PO Box 650700, Dallas, TX 75265-0700 |
| 19625857 | + | Email/PDF: bk@worldacceptance.com | Apr 18 2022 21:17:52 | WORLD FINANCE CORPORATION, PO Box 6429, Greenville, SC 29606-6429 |
| 19625863 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 18 2022 21:12:00 | Webank/fresh start, 6250 Ridgewood Rd., St. Cloud, MN 56303-0820 |
| 19625861 | + | Email/PDF: bk@worldacceptance.com | Apr 18 2022 21:17:52 | World finance incorporated, 528 S Saginaw Blvd,, Saginaw, TX 76179-1906 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19625885 | ##+ | Fergus capital lle, 106 Allen Road, Bernards Township, NJ 07920-3851 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

**Name**        **Email Address**

District/off: 0539-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 18, 2022 | Form ID: pdf022 | Total Noticed: 40

Roddrick Breon Newhouse
    rn7trustee@gmail.com rbn@trustesolutions.net

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

TOTAL: 2